UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDAN S. ROSS, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1163 JDB |
| ) | |
| DEPARTMENT OF VETERANS ) | |
| AFFAIRS, ) | |
| Defendant. ) | |

ENTRY OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Fred E. Haynes as the attorney for defendant, the Department of Veterans Affairs.

Respectfully submitted,
/s/
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 4th Street, N.W. Room E-4110
Washington, D.C. 20530
202.514.7201