AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BRENDAN M. ROSS, M.D.
Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

DEPARTMENT OF VETERANS AFFAIRS
Defendant

CASE N

Case: 1:07-cv-01163
Assigned To : Bates, John D.
Assign. Date : 6/29/2007
Description: TRO/PI

TO: (Name and address of Defendant)

Office of the Attorney General
Department of Justice
10th & Pennsylvania Ave., N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terence P. Ross
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

JUN 29 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 29, 2007 |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)*  Terence P. Ross | Attorney |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

Ⓖ Other (specify): By pre-paid registered U.S. Mail, return receipt requested.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  — 0 — |
|---|---|---|

## DECLARATION OF SERVER

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 12, 2007
              *Date*

*Signature of Server*

1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.