UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDAN S. ROSS, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1163 JDB |
| ) | |
| DEPARTMENT OF VETERANS ) | |
| AFFAIRS, ) | |
| Defendant. ) | |

NOTICE OF AGREEMENT BY THE PARTIES
ON THE SCHEDULING OF ACTIONS IN THIS CASE

The parties have made the following agreement on the scheduling of actions in this case:

1. Plaintiff will, before August 9, 2007, deliver a letter to the human resources office of the G. V. (Sonny) Montgomery Department of Veterans Affairs Medical Center in Jackson, Mississippi (the "Montgomery VAMC"), requesting that he be placed on leave without pay commencing on August 20, 2007, and ending on September 14, 2007.

2. The Director of the Montgomery VAMC will announce his decision on the amended proposed discharge memorandum on August 27, 2007, with an effective date of September 28, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney
            /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201