UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDAN S. ROSS, M.D., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-1163 JDB ) |
| DEPARTMENT OF VETERANS AFFAIRS, | ) ) ) |
| Defendant. | ) |

CONSENT MOTION FOR AN EXTENSION OF TIME TO
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1), defendant moves for a twenty-day extension of time to answer or otherwise respond to the complaint, i.e., until September 17, 2007. Plaintiff's counsel has consented to this motion. The basis for the motion is the fact that yesterday, August 27, 2007, the Director of the Veterans Administration Hospital where Dr. Ross works issued a decision favorable to Dr. Ross, i.e., he found that the evidence did not sustain the proposed removal of Dr. Ross' privileges or his termination from employment. Consequently, it appears that the case is moot. The additional time will enable the parties to assure themselves that this is, in fact, the case.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
           /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., E-4110
Washington, D.C. 20530
202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENDAN S. ROSS, M.D.,            )
                                  )
        Plaintiff,                )
                                  )
    v.                            )   Civil Action No. 07-1163 JDB
                                  )
DEPARTMENT OF VETERANS            )
AFFAIRS,                          )
                                  )
        Defendant.                )

ORDER

UPON CONSIDERATION of the consent motion by defendant for an extension of time to September 17, 2007, to answer or otherwise respond to the complaint, it is this _____ day of _____, 2007,

ORDERED that defendants shall have to, and including, September 17, 2007, to answer or otherwise respond to the complaint.

                                            UNITED STATES DISTRICT JUDGE

Copies to counsel of record