UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENDAN S. ROSS, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF VETERANS AFFAIRS, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:07-cv-01163 (JDB) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Dr. Brendan S. Ross hereby voluntarily dismisses this action without prejudice.

Respectfully Submitted,

Dated: August 30, 2007

_____
Terence P. Ross (D.C. Bar # 376062)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Suite 300
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

Attorneys for Plaintiff Brendan S. Ross, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2007, I caused to be delivered the foregoing Notice of Dismissal Without Prejudice upon counsel for Defendant as follows:

**By Hand Delivery:**

United States Attorney
United States Attorney's Office
   for the District of Columbia
555 4th Street, N.W.
Washington, DC  20530


The Honorable R. James Nicholson
Secretary of Veterans Affairs
U.S. Department of Veterans Affairs
810 Vermont Avenue, NW
Washington, DC 20420


**By Prepaid First Class U.S. Mail:**

Attorney General of the United States
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

_____
Terence P. Ross

100290535_1.DOC